```
W:\FORMS\
```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL SACKIE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN ASHCROFT, ET AL | : | NO. 02-3705 |

**O R D E R**

      AND NOW, this 19TH day of JUNE, 2002, it ordered that this matter is scheduled for a TELEPHONE - STATUS conference on JULY 2, 2002 at 3:00PM before the Honorable J. Curtis Joyner in CHAMBERS - room - 8613 - (at the scheduled time please call 215-597-1537).

*If you are unable to attend this meeting and wish to reschedule or to change the conference to a telephone conference - it is **your** (the counsel not available) - responsibility to coordinate the date and time with all counsel involved and to contact the the Deputy at - 267-299-7419

ATTEST:					or	BY THE COURT


BY:  ANGELA J. MICKIE					_____
      Deputy Clerk						Judge

Civ 12 (9/83)