W:\FORMS\.FRM

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RANDALL SACKIE                          :
                                        :
        vs.                             :        CIVIL ACTION NO. 02-3705
                                        :
JOHN ASHCROFT, ET AL                    :

**REPORT OF PRETRIAL OR SETTLEMENT CONFERENCE**

On this  2ND  day of  JULY, 2002,  a [ X] Pretrial [ ] Settlement Conference was held before Judge J. Curtis Joyner.

REMARKS:  held

                                         _____
                                         Angela Mickie
                                         Deputy Clerk to Judge Joyner

Civ 14 (8/80)