IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
RANDALL SACKIE                      : CIVIL ACTION
                                    :
     vs.                            :
                                    : NO. 02-3705
JOHN ASHCROFT, U.S. ATTORNEY        :
GENERAL, KENNETH ELWOOD,            :
DISTRICT DIRECTOR and U.S.          :
IMMIGRATION AND NATURALIZATION      :
SERVICE, PHILADELPHIA DISTRICT      :
```

**ORDER**

AND NOW, this _____ day of April, 2003, Respondents are hereby ORDERED to file their responses to the Petitioner's Petition for Writ of Habeas Corpus, Motion to Consolidate and Motion for Emergency Stay of Removal within fourteen (14) days of the date of this Order.  See Generally: Fed.R.Civ.P. 6(b).

BY THE COURT:

_____
J. CURTIS JOYNER,      J.