IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
RANDALL SACKIE                      : CIVIL ACTION
                                    :
      vs.                           :
                                    : NO. 02-3705
JOHN ASHCROFT, U.S. ATTORNEY        :
GENERAL, KENNETH ELWOOD,            :
DISTRICT DIRECTOR and U.S.          :
IMMIGRATION AND NATURALIZATION      :
SERVICE, PHILADELPHIA DISTRICT      :
```

**ORDER**

AND NOW, this          day of June, 2003, upon consideration of Randall Sackie's Motion to Consolidate his application for Writ of Habeas Corpus challenging the alleged unconstitutional denial of his Asylum and Withholding of Removal claims with his challenges to the unlawful denial of his application for relief under the Convention Against Torture, and it appearing to the Court that the Motion is one to consolidate the habeas corpus petitions filed on June 11, 2002 and March 11, 2003 and that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
J. CURTIS JOYNER,          J.