IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
RANDALL SACKIE                    : CIVIL ACTION
                                  :
     vs.                          :
                                  : NO. 02-CV-3705
HONORABLE TOM RIDGE,              :
Secretary, Department of          :
Homeland Security                 :
```

**ORDER**

AND NOW, this _____ day of July, 2003, upon consideration of Respondent's Motion to Amend Judgment, and it appearing to the Court that the Motion is uncontested, it is hereby ORDERED that the Motion is GRANTED and this Court's Memorandum and Order of June 18, 2003 is AMENDED to REMAND this matter to the Board of Immigration Appeals for re-consideration of Petitioner's application for relief and withholding/deferral of removal under the Convention Against Torture.  In all other respects, the June 18, 2003 Memorandum and Order is AFFIRMED. See Generally: Local Rule of Civil Procedure 7.1(c).

                              BY THE COURT:


                              _____
                              J. CURTIS JOYNER,         J.