IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDALL SACKIE | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : CIVIL ACTION NO. 02-CV-3705 |
| | : |
| JOHN ASHCROFT, | : |
| U.S. ATTORNEY GENERAL; | : |
| KENNETH ELWOOD, | : |
| DISTRICT DIRECTOR; | : |
| IMMIGRATION AND | : |
| NATURALIZATION SERVICE, | : |
| PHILADELPHIA DISTRICT | : |
| | : |
| Respondents. | : |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the Respondents in the above-captioned matter.

STEPHEN J. BRITT
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8443

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Respondents in the above-captioned matter.

SONYA FAIR LAWRENCE
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8921

Dated: November 10, 2003

**CERTIFICATE OF SERVICE**

       I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

        Sandra Green, Esquire
        238 East Philadelphia Street
        York PA 17403

                                     SONYA FAIR LAWRENCE
                                     Assistant United States Attorney

Dated: November 10, 2003